IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC, § § § | |
| Plaintiff, § | Case No: 2:22-cv-00782- GRB-SIL |
| § | |
| vs. § | PATENT CASE |
| § | |
| LIGHTICO, INC., § | JURY TRIAL DEMANDED |
| § | |
| Defendant. § § | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") hereby files this Response to the Court's Order to Show Cause dated February 22, 2022, and for the reasons stated herein, responds as follows:

On February 11, 2022, Plaintiff filed its Complaint against Defendant Lightico, Inc. ("Defendant" and/or "Lightico") [Doc 1]. Plaintiff erroneously filed its Complaint in the Eastern District of New York. Therefore, Plaintiff consents to a transfer of venue to the Southern District of New York.

Dated: February 22, 2022.                    Respectfully submitted,

                                             */s/Jay Johnson*
                                             **JAY JOHNSON (*pro hac vice forthcoming*)**
                                             State Bar No. 24067322
                                             **D. BRADLEY KIZZIA**
                                             State Bar No. 11547550
                                             **KIZZIA JOHNSON, PLLC**
                                             1910 Pacific Ave., Suite 13000
                                             Dallas, Texas 75201
                                             (214) 451-0164
                                             Fax: (214) 451-0165
                                             jay@kjpllc.com
                                             bkizzia@kjpllc.com

                                  **ATTORNEYS FOR PLAINTIFF**

                                  **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on February 22, 2022. Parties may access the foregoing through the Court's system.

                                             */s/Jay Johnson*
                                             **JAY JOHNSON (*pro hac vice forthcoming*)**